E-FILED
Friday, 13 November, 2020 04:07:46 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 19-cv-3078 |
| DASHCO, INC., d/b/a RAINGUARD/ ENERGY TECH and DEBRA S. BELFIELD, | ) ) ) ) ) | |
| Defendants. | ) | |

### ORDER

**Sue E. Myerscough, U.S. District Judge:**

Before the Court is the Report and Recommendation of U.S. Magistrate Judge Schanzle-Haskins dated April 4, 2020. In the Report and Recommendation, Judge Schanzle-Haskins recommends that the Court dismiss without prejudice the claims against Defendant Dashco, Inc. and enter final judgment against Defendant Debra S. Belfield pursuant to the Default Judgment Order entered November 7, 2019.

In a Response to the Report and Recommendation (d/e 20), Plaintiffs suggested delaying action as to Defendant Dashco while

Dashco's bankruptcy proceeded. In a Supplemental Reply to the Report and Recommendation (d/e 21), Plaintiffs advise the Court that Dashco's Subchapter V Plan has been approved in the bankruptcy proceeding. For that reason, Plaintiffs have no objection to dismissing the claims against Defendant Dashco and entering a final judgment against Defendant Belfield.

The district court reviews de novo any part of a magistrate judge's report and recommendation to which a specific written objection has been made. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). If no objection or only partial objection is made, the district judge reviews those unobjected portions for clear error. Johnson v. Zema Sys. Corp., 170 F.3d 734, 739 (7th Cir. 1999) (also noting that a party who fails to object to the report and recommendation waives appellate review of the factual and legal questions).

After a careful review of the record, the Report and Recommendation, and the applicable law, the Court finds no clear error in Magistrate Judge Schanzle-Haskins' Report and Recommendation.

It is, therefore, ORDERED:

(1)  The Report and Recommendation of United States Magistrate Judge Tom Schanzle-Haskins dated April 4, 2020, is ACCEPTED and ADOPTED in full.

(2)  Plaintiff's claims against Defendant Dashco, Inc., are DISMISSED WITHOUT PREJUDICE.

(3)  The Clerk is directed to prepare a final judgment against Defendant Belfield pursuant to the Default Judgment Order entered November 7, 2019.

(4)  THIS CASE IS CLOSED.

ENTER: November 12, 2020

/s/ Sue E. Myerscough
SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE